# EXHIBIT C

**Infringement Contention － US Pat. No. US9261242C1 ('242 Patent)**

| Infringing Product(ASIN) | US9261242C1 Claim 1 | Infringement Contention |
|---|---|---|
| VOLIVO Dimmable E12 LED Candelabra Bulbs 60Watt Equivalent (B0DJKV4KC5) | 1(a) An LED light bulb, comprising: | Experimental examination confirms that the Infringing Product is an LED light bulb. The tested product includes an integrated LED light source, internal electrical driver circuitry, and a power input structure, and therefore meets and satisfies the limitation of Claim 1(a) as recited.<br><br> |
| | 1(b) a light-transmission bulb shell; | The experimental results show that the Infringing Product VOLIVO comprises a light-transmission bulb shell forming the outer enclosure of the LED light bulb. The bulb shell is transparent and allows light emitted from the internal LED light emitting strips to pass through, thereby literally meeting the limitation of Claim 1(b).<br><br><br>A Light-Transmission Bulb Shell; |

| | | |
|---|---|---|
| | | Physical disassembly and inspection demonstrate that the Infringing Product employs a central core column structure. The core column includes an exhaust tube, an electrical power lead, and a bracket. Accordingly, the Infringing Product meets and satisfies Claim 1(c) as recited. |
| | 1(c) a core column with an exhaust tube ,an electrical power lead and a bracket; | A Core Column<br><br>An Exhaust Tube<br><br>An Electrical Power Lead |

2

| | | |
|---|---|---|
| | |  |

| | | |
|---|---|---|
| | 1(d) a driver and;at least one LED light emitting strip fixed on the bracket,which is supported by the exhaust tube,for fixing the at least one LED light emitting strip,electrode leads at two ends of the LED light emitting strip are connected with the driver and an electrical connector via the electrical power lead in the core column,the LED light emitting strip comprises a transparent substrate strip,with a plurality of LED chips mounted thereon wherein the LED chips have transparent chip substrates wherein the LED chips are fixed onto the transparent substrate strip by a transparent glue to permit the at least one LED light emitting strip to emit 4 π light; | The experimental results demonstrate that the Infringing  Product comprises a light-transmission bulb shell enclosing an internal structure that employs a core column including an exhaust tube, an electrical power lead, and a bracket.<br><br> |



LED Light Emitting Strip

LED Light Emitting Strip End

Electrical Power Lead

Electrode Lead

Driver

The Infringing Product further includes a driver and at least one LED light emitting strip fixed on the bracket, which is supported by the exhaust tube, in a manner consistent with the configuration recited in Claim 1(d).

The LED light emitting strip of the Infringing Product comprises a transparent substrate strip, with a plurality of LED chips mounted thereon. The LED chips have transparent chip substrates and are fixed onto the transparent substrate strip by transparent glue, as recited, thereby permitting the LED light emitting strip to emit $4\pi$ light, consistent with the claimed structure and function.

5



LED Chips

Transparent Substrate Strip

Front Side of LED Light Emitting Strip

Back Side of LED Light Emitting Strip

Transparent Glue

LED Chips

$4\pi$

Light

6

| | 1(e) wherein the light-transmission bulb shell is vacuum sealed with the exhaust tube of the core column so as to form a vacuum sealed chamber, which is filled with a gas having a low coefficient of viscosity and a high coefficient of thermal conductivity,to perform convection dissipation without a metal heat sink and thereby take away heat generated by the LED light emitting strip when the LED light emitting strip is operating,via convection and conduction of the gas,through the light-transmission bulb shell;wherein the gas having a low coefficient of viscosity and a high coefficient of thermal conductivity includes He,H2,or a mixed gas of He and H2,and at room temperature the gas has a gas pressure in the range of 50-1520 Torrs, | The experimental results show that the Infringing Product includes an electrical connector and that the light-transmission bulb shell is vacuum sealed with the exhaust tube of the core column to form a vacuum sealed chamber. The gas analysis mass spectrometer testing further shows that the vacuum sealed chamber is filled with Helium (He), as the characteristic peak of Helium was clearly detected in the internal gas of the bulb. This gas is consistent with gases having a low coefficient of viscosity and a high coefficient of thermal conductivity as recited. The product operates without a metal heat sink, to remove heat generated by the LED light emitting strip through convection and conduction via the gas and the bulb shell. Accordingly, the Infringing Product meets and satisfies Claim 1(e).  |

| | | |
|---|---|---|
| | 1(f) wherein the bracket and the LED light emitting strips fixed on the bracket are housed in the vacuum sealed chamber,the LED light emitting strips being connected in series or in series and parallel,and arrangement of the LED light emitting strips is in the form of V,W,column,cone or plane;each of the LED light emitting strips having one LED electrode lead wire at each of two ends,with a first end of each of the LED electrode lead wires connected to one of the plurality of LED chips of the LED light emitting strips by an electrical connection wire,while a second end of the LED electrode lead wires is connected to a LED electrodelead wire of another LED light emitting strip by a metal wire of another LED light emitting strip by a metal wire or to an electrical power lead of the LED light bulb, | Experimental observation shows that the bracket and the LED light emitting strips fixed on the bracket are housed within the vacuum sealed chamber.<br><br><br><br>The experimental observations further confirm that the VOLIVO product employs LED light emitting strips connected in a combination of series and parallel, which is one of the expressly recited connection forms in Claim 1(f).<br><br> |



The gas analysis mass spectrometer shows that the characteristic peak of Helium is detected in the internal gas of the bulb.

Each LED light emitting strip has one LED electrode lead wire at each of two ends. The experimental observations demonstrate that: a first end of each LED electrode lead wire is connected to one of the plurality of LED chips by an electrical connection wire; and a second end of each LED electrode lead wire is connected to a LED electrode lead wire of another LED light emitting strip or to an electrical power lead by a metal wire.



The experimental results therefore literally meet the electrical connection and arrangement limitations recited in Claim 1(f).



| | | |
|---|---|---|
| | | LED Light Emitting Strip Electrical Connection Wire |
| | 1(g) wherein the LED light emitting strips are supported with the LED light bulb by fixing the metal wires on a pillar of the core column. | The experimental observations clearly show that the LED light emitting strips are mechanically supported within the LED light bulb by fixing metal wires on a pillar of the core column. This support structure meets Claim 1(g) as recited.<br><br>Pillar of the Core Column<br><br>Metal Wires |